UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*******************************************
**SUSAN HARDY**                                        *
                                                                    *
          **Plaintiff,**                                       *
                                                                    *
v.                                                               *
                                                                    *     Civil Action No. 21-cv-1591 E(3)
**SCANDINAVIAN AIRLINES SYSTEM**       *
**a/k/a SAS, d/b/a SCANDINAVIAN AIRLINES** *
**OF NORTH AMERICA, INC.**                   *
                                                                    *
          **Defendant.**                                     *
*******************************************

## NOTICE OF COMPLIANCE

Plaintiff Susan Hardy, by and through undersigned counsel, in accordance with this Court's November 15, 2021 Show Cause Order, hereby notifies the Court that the Plaintiff this date has filed a Request for Entry of Default against Defendant Scandinavian Airlines System a/k/a SAS, d/b/a Scandinavian Airlines of North America, Inc.

          Respectfully submitted,

          */s/ Tony B. Jobe*
          Tony B. Jobe (La. Bar Roll No. 07269)
          LAW OFFICES OF TONY B. JOBE
          1144 Hardy Drive
          Covington, Louisiana 70433
          Telephone: (985) 845-8088
          Facsimile: (985) 327-7723
          Email: jobelaw@msn.com
                 tonybjobelaw@gmail.com

          Counsel for Plaintiff, Susan Hardy

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

*******************************************
**SUSAN HARDY**

    **Plaintiff,**

v.

    Civil Action No. 21-cv-1591 E(3)

**SCANDINAVIAN AIRLINES SYSTEM
a/k/a SAS, d/b/a SCANDINAVIAN AIRLINES
OF NORTH AMERICA, INC.**

    **Defendant.**
*******************************************

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 6th day of December 2021, I electronically filed with the Clerk of Court via the CM/ECF system and served a copy of the foregoing on Defendant Scandinavian Airlines System, a/k/a SAS d/b/a Scandinavian Airlines of North America, Inc. via Federal Express.

                                                           */s/ Tony B. Jobe*