UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN HARDY<br>　Plaintiff, | CIVIL ACTION NO.: 2:21-cv-01591 |
| V. | JUDGE SUSIE MORGAN |
| SCANDINAVIAN AIRLINES SYSTEM<br>a/k/a SAS, d/b/a SCANDINAVIAN<br>AIRLINES OF NORTH AMERICA, INC.<br>　Defendants. | MAG. JUDGE DANA DOUGLAS |

### DEFENDANT'S MOTION TO SET ASIDE DEFAULT & MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant, Scandinavian Airlines System Denmark-Norway-Sweden ("SAS"), incorrectly named in Plaintiff's Complaint as "Scandinavian Airlines System a/k/a SAS, d/b/a Scandinavian Airlines of North America, Inc.," appearing in this matter for the sole purpose of filing this pleading, respectfully moves this Honorable Court for an Order setting aside the Clerk's Entry of Default dated December 9, 2021 [R. Doc. 10] and to dismiss all claims brought by Plaintiff, Susan Hardy ("Plaintiff"). As more fully set forth in the Memorandum in Support submitted herewith, the Default entered against SAS must be set aside for two independent reasons: (i) Plaintiff failed to ever perfect proper service of process on SAS, and (ii) the Court lacks personal jurisdiction over SAS in any event. The latter of these two reasons also supports the dismissal of all claims against SAS under Rule 12(b)(2).

WHEREFORE, Defendant, Scandinavian Airlines System Denmark-Norway-Sweden, prays that the Court grant this Motion, set aside the Clerk's Entry of Default dated December 9, 2021, and dismiss the case for lack of personal jurisdiction.

Respectfully submitted,

*/s/ Bradley J. Schwab*
BRENDAN P. DOHERTY (No. 28556)
BRADLEY J. SCHWAB (No. 35312)
GIEGER, LABORDE & LAPEROUSE, LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
Email: bdoherty@glllaw.com
bschwab@glllaw.com

ATTORNEYS FOR SCANDINAVIAN AIRLINES SYSTEM

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic case management system on December 14, 2021.

*/s/ Bradley J. Schwab*
BRADLEY J. SCHWAB