# Exhibit C

**Bartholomew Banino**

---

**From:** Tony Jobe <jobelaw@msn.com>
**Sent:** Wednesday, October 6, 2021 2:48 PM
**To:** Bartholomew Banino
**Subject:** Re: Mrs. Susan Hardy
**Attachments:** Complaint.Doc1.08202021.pdf

Dear Bart.

Thank you for the notice. My office had evacuated from Louisiana to Florida for Hurricane Ida and, obviously, made an embarrassing mistake. We will resend the correct complaint immediately. If SAS will agree to Rule 4 waiver of service, we will certainly send that information as well. My experience has been that a foreign defendant will not waive service under Rule 4.

Sincerely,
Tony

Tony B. Jobe
LAW OFFICES OF TONY B. JOBE
1144 Hardy Drive
Covington, Louisiana 70433
Telephone: (985) 845-8088
Facsimile: (985) 327-7723
Email: jobelaw@msn.com

---

**From:** Bartholomew Banino <BBanino@condonlaw.com>
**Sent:** Wednesday, October 6, 2021 1:22 PM
**To:** 'Tony Jobe' <jobelaw@msn.com>
**Subject:** RE: Mrs. Susan Hardy

Dear Mr. Jobe,

SAS received the attached Complaint from your office which obviously relates to a different lawsuit. Do you intend to send SAS the necessary documents for them to execute a Rule 4d waiver of service?

Bart

---

**From:** Tony Jobe <jobelaw@msn.com>
**Sent:** Friday, August 20, 2021 12:02 PM
**To:** Bartholomew Banino <BBanino@condonlaw.com>
**Subject:** Mrs. Susan Hardy

Good morning, Bart.