# Exhibit D

# Bartholomew Banino

**From:** Tony Jobe <jobelaw@msn.com>
**Sent:** Friday, August 20, 2021 12:02 PM
**To:** Bartholomew Banino
**Subject:** Mrs. Susan Hardy

Good morning, Bart.

We will be filing suit on behalf of Mrs. Hardy against SAS in the Eastern District of Louisiana today along with a Summons. Has your client authorized you to accept service? If not, is your client willing to waive service under Rule 4?

Thank you and have a good day,
Tony

Tony B. Jobe
Law Offices of Tony B. Jobe, APLC
1144 Hardy Drive
Covington, LA  70433
Phone:  (985) 845-8088
Fax:  (985) 327-7723
Email:  jobelaw@msn.com

NOTE:  This communication may contain privileged or other confidential information.  If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Also, please indicate to the sender that you have received this communication in error, and delete the copy you received.  Thank you.