UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN HARDY<br>　Plaintiff, | CIVIL ACTION NO.: 2:21-cv-01591 |
| V. | JUDGE SUSIE MORGAN |
| SCANDINAVIAN AIRLINES SYSTEM<br>a/k/a SAS, d/b/a SCANDINAVIAN<br>AIRLINES OF NORTH AMERICA, INC.<br>　Defendants. | MAG. JUDGE DANA DOUGLAS |

## **ORDER**

The *Motion to Set Aside Default & Motion to Dismiss for Lack of Personal Jurisdiction* filed by Defendant, Scandinavian Airlines System Denmark-Norway-Sweden, was taken up by the Court on January 5, 2022.

After considering the briefs, the evidence presented, and the law, the Court rules as follows:

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Set Aside Default be and hereby is GRANTED and that the Clerk's Entry of Default [R. Doc. 10] be and hereby is SET ASIDE and REVOKED in its entirety.

IT IS FURTHER ORDER ADJUDGED, AND DECREED that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction be and hereby is GRANTED and that all outstanding claims against Defendant, as well as this entire Civil Action, be and hereby are DISMISSED for lack of personal jurisdiction.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2022.

_____
THE HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE