UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN HARDY<br>　Plaintiff, | CIVIL ACTION NO.: 2:21-cv-01591 |
| V. | JUDGE SUSIE MORGAN |
| SCANDINAVIAN AIRLINES SYSTEM<br>a/k/a SAS, d/b/a SCANDINAVIAN<br>AIRLINES OF NORTH AMERICA, INC.<br>　Defendants. | MAG. JUDGE DANA DOUGLAS |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, Scandinavian Airlines System Denmark-Norway-Sweden, incorrectly named in Plaintiff's Complaint as "Scandinavian Airlines System a/k/a SAS, d/b/a Scandinavian Airlines of North America, Inc.," will bring for submission its Motion to Set Aside Default & Motion to Dismiss for Lack of Personal Jurisdiction before the Honorable Susie Morgan, United States District Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on January 5, 2022.

Respectfully submitted,

*/s/ Bradley J. Schwab*
BRENDAN P. DOHERTY (No. 28556)
BRADLEY J. SCHWAB (No. 35312)
GIEGER, LABORDE & LAPEROUSE, LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone:　(504) 561-0400
Facsimile:　(504) 561-1011
Email:　　　bdoherty@glllaw.com
　　　　　　bschwab@glllaw.com

ATTORNEYS FOR SCANDINAVIAN
AIRLINES SYSTEM

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic case management system on December 14, 2021.

*/s/ Bradley J. Schwab*
BRADLEY J. SCHWAB